No. 15-4301

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ISLAND CREEK COAL COMPANY,   )
                             )
   Petitioner,              )
                             )
v.                           )     O R D E R
                             )
DENNY MARCUM, et al.,        )
                             )
   Respondents.             )

**FILED**
Jan 09, 2017
DEBORAH S. HUNT, Clerk

This cause comes before the court upon an application by counsel for respondent Denny Marcum for an award of attorney fees under Section 28 of the Longshore and Harbor Workers' Compensation Act, as amended, 33 U.S.C. § 928, as incorporated in the Black Lung Benefits Act, as amended, 30 U.S.C. § 932. Counsel has requested a fee of $4,068.75. Petitioner opposes the request only as to the hourly rate for lead counsel Joseph E. Wolfe, who requested a rate of $425 per hour. Petitioner argues that Wolfe should receive $300 per hour. The court deems $400 per hour a reasonable rate for lead counsel Joseph E. Wolfe and awards a total fee of $3987.50.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk